

# NUMBER 13-07-133-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF ABRAM, ET AL.,                                                    Appellants,

v.

CITY OF MISSION, TEXAS,                                                   Appellee.

On appeal from the 92nd District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

The appellants' brief in the above cause was due on May 16, 2008. On June 3, 2008, the Clerk of the Court notified appellants that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this

letter, appellants reasonably explained the failure and the appellee was not significantly injured by the appellants' failure to timely file a brief. To date, appellants have neither filed their brief in this matter nor otherwise responded to the Court's notices.

Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file brief, or file their brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 29th day of August, 2008.

2